# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 22−30214−KLP
**Chapter** 13

**In re:**

Patricia L Johnson
13910 Cobble Glen Court
Chester, VA 23831−8010

SSN: xxx−xx−0561                                   EIN: NA

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR AMENDED/MODIFIED CHAPTER 13 PLAN

Notice is hereby given of the entry of an order of this court on April 25, 2022, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   April 25, 2022                            For the Court,

                                                   William C. Redden, Clerk
[ntcConfCh13PlanvNov2020.jsp]                      United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 22-30214-KLP

Patricia L Johnson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7     User:     Page 1 of 4

Date Rcvd: Apr 25, 2022     Form ID: ntc13cfp     Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patricia L Johnson, 13910 Cobble Glen Court, Chester, VA 23831-8010 |
| cr | | American Honda Finance Corporation, Steven L. Higgs, P.C., c/o Steven L. Higgs, 9 Franklin Road, S.W., Roanoke, VA 24011-2403 |
| 15819523 | + | ATT U-Verse, 12130 Millennium Drive, Ste 600, Los Angeles, CA 90094-2945 |
| 15819524 | + | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221-0215 |
| 15819531 | + | Continental Finance Co-Surge, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714-8099 |
| 15819539 | + | Fortiva - Bob's Furniture, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15819540 | + | Gates Mills Place, c/o K&D Management, 6805 Mayfield Road, Cleveland, OH 44124-2272 |
| 15819544 | + | ID Consultants, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |
| 15819547 | | Mountain Summit Financial, 635 East Highway 20, F, Upper Lake, CA 95485-0000 |
| 15819548 | + | Performance Finance, 1515 W 22nd Street, Oak Brook, IL 60523-2007 |
| 15858346 | + | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15819551 | + | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 15819556 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint*, P.O. Box 6419, Carol Stream, IL 60197-6419 |
| 15843631 | + | Spitzer Honda, 915 E. 200th St, Cleveland, OH 44119-2500 |
| 15819560 | + | Target Finance, LLC, P.O. Box 581, Hays, MT 59527-0581 |
| 15865389 | | Wayfinder BK as agent for Performance Finance, PO Box 64090, Tucson, AZ 85728-4090 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15819521 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2022 00:20:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016-0000 |
| 15820306 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2022 00:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15819522 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2022 00:20:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 15819525 | | Email/Text: BNBSB@capitalsvcs.com | Apr 26 2022 00:20:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0000 |
| 15819526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2022 00:33:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15819527 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 26 2022 00:33:50 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15821096 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2022 00:33:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15838660 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2022 00:33:50 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15847811 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 22-30214-KLP    Doc 40    Filed 04/27/22    Entered 04/28/22 00:12:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0422-7 | User: | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: ntc13cfp | Total Noticed: 61 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15847815 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2022 00:33:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15819528 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2022 00:33:51 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15819529 | + | Email/Text: treasurer.bankruptcy@chesterfield.gov | Apr 26 2022 00:33:50 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15819530 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2022 00:21:00 | Chesterfield County, ATTN:Laura Glovier,Collections, P. O. Box 70, Chesterfield, VA 23832-0906 |
| 15819531 | + | Email/Text: cfcbackoffice@contfinco.com | Apr 26 2022 00:20:00 | Comenity Bank/Sally Beauty, PO Box 182120, Columbus, OH 43218-2120 |
| 15819532 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2022 00:20:00 | Continental Finance Co-Surge, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714-8099 |
| 15819533 | | Email/Text: jill@ffcc.com | Apr 26 2022 00:33:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15819536 | | Email/Text: BNSFS@capitalsvcs.com | Apr 26 2022 00:20:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122-0000 |
| 15819537 | | Email/Text: BNBLAZE@capitalsvcs.com | Apr 26 2022 00:20:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117-0000 |
| 15819535 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2022 00:20:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-0000 |
| 15819534 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2022 00:34:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15819538 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 26 2022 00:34:11 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15819541 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2022 00:20:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15819542 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2022 00:21:00 | Genesis FS - Milestone, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15819543 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 26 2022 00:21:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15845942 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2022 00:21:00 | I.C. System, INC., PO Box 64378, Saint Paul, MN 55164-0378 |
| 15855262 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2022 00:20:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 15819545 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2022 00:20:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15819546 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2022 00:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15852552 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2022 00:20:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15862383 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2022 00:33:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15819550 | | Email/Text: bankruptcy@preferredlease.com | Apr 26 2022 00:34:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 15819549 | | Email/Text: bankruptcy@preferredlease.com | Apr 26 2022 00:20:00 | Preferred Lease, 5501 Headquarters Drive, Plano, TX 75024-0000 |
| | | | Apr 26 2022 00:20:00 | Preferred Lease, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-0000 |

Case 22-30214-KLP   Doc 40   Filed 04/27/22   Entered 04/28/22 00:12:24   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0422-7 | User: | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: ntc13cfp | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15845941 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2022 00:20:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15861569 | + | Email/Text: bankruptcy@gopfs.com | Apr 26 2022 00:21:00 | Prestige Financial Services, PO Box 26707, Salt Lake city UT 84126-0707 |
| 15819552 | + | Email/Text: bankruptcy@gopfs.com | Apr 26 2022 00:21:00 | Prestige Financial Svc, 1420 S. 500 W, Salt Lake City, UT 84115-5149 |
| 15819553 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2022 00:20:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15819554 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 26 2022 00:21:00 | RPM Receivables Performance Ma, 20816 44th Ave W, Ste 140, Lynnwood, WA 98036-7744 |
| 15825444 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2022 00:20:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15819555 | + | Email/Text: bankruptcy@ldf-holdings.com | Apr 26 2022 00:21:00 | Skytrail Cash, c/o Ningodwaaswi, LLC, P.O. Box 1115, Lac Du Flambeau, WI 54538-1115 |
| 15819557 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 26 2022 00:33:59 | T-Mobile*, P.O. Box 629025, El Dorado Hills, CA 95762-0000 |
| 15862041 | + | Email/Text: bncmail@w-legal.com | Apr 26 2022 00:20:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15819559 | + | Email/Text: bncmail@w-legal.com | Apr 26 2022 00:20:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15819558 | + | Email/Text: bncmail@w-legal.com | Apr 26 2022 00:20:00 | Target, c/o Financial Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15819562 | | Email/Text: bknotice@upgrade.com | Apr 26 2022 00:20:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004-0000 |
| 15819561 | | Email/Text: bknotice@upgrade.com | Apr 26 2022 00:20:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111-0000 |
| 15857916 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2022 00:33:50 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15862833 | | Prestige Financial Services, PO Box 26707, Salt La |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Rocket Mortgage, LLC FKA Quicken Loans, LLC, 635 Woodward Ave., Detroit, MI 48226-3408 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2022          Signature:          /s/Gustava Winters

Case 22-30214-KLP   Doc 40   Filed 04/27/22   Entered 04/28/22 00:12:24   Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0422-7 | User: | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: ntc13cfp | Total Noticed: 61 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Cabell Brogan | on behalf of Trustee Suzanne E. Wade e.brogan@ch13ricva.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Kelly R Gring | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP ecfva@tmppllc.com |
| Kimberly Alice Chandler | on behalf of Debtor Patricia L Johnson kim@chandlerplc.com liz@chandlerplc.com;admin3@chandlerplc.com;r49700@notify.bestcase.com |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage  LLC FKA Quicken Loans, LLC bankruptcy@rosenberg-assoc.com |
| Steven L. Higgs | on behalf of Creditor American Honda Finance Corporation higgs@higgslawfirm.com  admin@higgslawfirm.com |
| Suzanne E. Wade | ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net |

TOTAL: 7